IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN BODNAR, et al., | : |
| Plaintiffs, | : |
| v. | : 3:12-CV-01337 |
| | : (JUDGE MARIANI) |
| NATIONWIDE MUTUAL INSURANCE CO. and AMCO INSURANCE CO., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 15TH DAY OF SEPTEMBER, 2015, upon consideration of Defendant's Motions for Summary Judgment (Docs. 114; 160), **IT IS HEREBY ORDERED THAT**:

1. The Motions for Summary Judgment are **GRANTED**.

2. Judgment is **ENTERED** in favor of the Defendant.

3. The Clerk of Court is **DIRECTED** to close the case.

Robert D. Mariani
United States District Judge