IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN BODNAR, et al., | : |
| Plaintiffs, | : |
| v. | : 3:12-CV-01337 |
| | : (JUDGE MARIANI) |
| AMCO INSURANCE CO., | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 3rd DAY OF DECEMBER, 2015, upon consideration of Plaintiffs' Motion for Reconsideration (Doc. 186), **IT IS HEREBY ORDERED THAT** such Motion is **DENIED**.

Robert D. Mariani
United States District Judge